IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| MARIE SHARMANE MATHIS, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 2:12-CV-00051 DPM-JTK** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (DE #1). The application is incomplete, as it does not contain any information regarding Plaintiff's real estate. Plaintiff has indicated that she receives rental payments each month and that she has a house payment, but it is unclear whether this means that she owns two properties. Plaintiff must also provide the value of any real estate. If the rent that Plaintiff is receiving comes from a roommate, then Plaintiff must indicate whether that roommate contributes to the monthly household expenses that she has listed. Plaintiff has also failed to list the approximate value of the 1997 F-150. Therefore, the Court hereby directs Plaintiff to supplement her application within fourteen days of this Order.

IT IS SO ORDERED this 26th day of March, 2012.

_____
United States Magistrate Judge